UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WASHINGTON MORAN, *On Behalf of Himself and All Other Persons Similarly Situated,*

                              Plaintiff,

                -v.-

FAHERTY BRAND, LLC,

                              Defendant.

---

25 Civ. 10105 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

By letter dated February 17, 2026, the parties reported to the Court that they have reached a settlement in principle in this case.  (Dkt. #8). Accordingly, it is hereby:

ORDERED that this action be dismissed and discontinued without prejudice and without costs.  Within sixty (60) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order, or, Plaintiff may apply by letter motion to reopen the action in the event that the settlement is not consummated.  Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate.  If Plaintiff fails to file an application to reopen by the

aforementioned deadline, untimely applications may be denied solely on that basis.

This Order shall be deemed a final dismissal and discontinuance of the action with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar within such 60-day period.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:    February 18, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge